ANDREW SWANSON, Respondent, *v.* MALATIAS EDUCATIONAL SOCIETY, Appellant.

(Argued January 17, 1930; decided February 11, 1930.)

*Le Roy Mandle, J. William Hill* and *Dicran Simsarian* for appellant.

*Frederick H. Rees* and *G. Everett Hunt* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, KELLOGG, O'BRIEN and HUBBS, JJ. Dissenting: CRANE and LEHMAN, JJ.